

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00394-CV

———————————————————

IN RE AUSTIN MARK WEAVER, Relator

Original Proceeding
371st District Court of Tarrant County, Texas
Trial Court No. 1863731

Before Womack, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Habeas Corpus" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Writ of Habeas Corpus" is denied.

Per Curiam

Delivered: August 7, 2025